# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JUAN CANCIO DE JESUS,

 Plaintiff,

  V.

PHILLIPS PUERTO RICO CORE,
INC.

 Defendant.

---

FERNANDO CALIMANO,

 Plaintiff,

  V.

PHILLIPS PUERTO RICO CORE,
INC.

 Defendant.

---

WALDEMAR RIVERA HESS,

 Plaintiff,

  V.

PHILLIPS PUERTO RICO CORE,
INC.

 Defendant.

CIVIL NO. 98-1147 (JAF)

TAX WITHHOLDING

CIVIL NO. 98-1148 (JAF)

TAX WITHHOLDING

CIVIL NO. 98-1149 (JAF)

TAX WITHHOLDING

## ORDER

Upon motion filed by Defendant, Phillips Puerto Rico Core Inc.

("Phillips"), pursuant to Puerto Rico's Mortgage Law, P.R. Laws

Ann. Tit 30 §§ 1801-1813, and it appearing therefrom and from the



record in this case that Plaintiffs, Juan Cancio de Jesús, Fernando Calimano Ramos and Waldemar Rivera Hess, are jointly and severally indebted to Defendant, by virtue of a Judgment entered on January 21, 1999 and an order dated July 12, 1999, the Court hereby ORDERS,

1.    That an Abstract of Judgement be issued by the Clerk of this Court, whereby the Registrar of Property of Puerto Rico, shall be instructed to record such Abstract in the "Judgement Record" of any section of the Registry of Property of Puerto Rico, to secure payment of the aforementioned judgment, entered on January 21, 1999, in three (3) consolidated cases before the United States District Court for the District of Puerto Rico, Civil No. 98-1447, 98-1448 and 98-1449, in favor of Defendant, Phillips, and ordering Plaintiffs, Fernando Calimano Ramos, Waldemar Rivera Hess and Juan Cancio de Jesús to jointly and severally pay Phillips, the amount of $21,131.38, plus interest, as fixed by the Commissioner of Financial Institutions, and computed from January 21, 1999, until payment is completely satisfied.

2.    In case any properties encumbered through the inscription of such Abstract of Judgement are to be sold through public auction as a result of an execution of judgment, Defendant, Phillips shall be notified of such event at the following addresses:

2

1) **PIETRANTONI MENDEZ & ALVAREZ LLP.**
   Attention: Jorge I. Peirats
   209 Muñoz Rivera Avenue
   San Juan, Puerto Rico 00918

2) **PHILLIPS PUERTO RICO CORE, INC**
   Attention: Alberto Solá
   Call Box: 10003
   Guayama, P.R. 00785

Dated, this 24th day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE

3